# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## CIVIL RIGHTS COMPLAINT

Luis Alberto Torres
_____,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

Kimberly Natoli
Kathy Coppola
DCF
M.&J bus Inc.
Lisandro Rodriguez
Mariluz Guerrette
_____
Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity,
or official and individual capacitites) (Do not use *et al.*)

Case No. _____
(To be supplied
by the court)

OCT 6 2025 AM 9:23
FILED-USDC-CT-HARTFORD

## A. PARTIES

1. Luis Alberto Torres (Plaintiff) is a citizen of Venezuela (State) who presently resides at 51 Squire Street Hartford CT. 06106 (mailing address).

2. Defendant DCF, Kimberly Natoly, Kathy Coppola (name of first defendant) is a citizen of United State (State) whose address is 505 Hudson Street, and who is employed as social worker, researcher, and Paralegal advisor (title and place of employment).

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __X__ Yes _____ No. If your answer is "Yes," briefly explain:

They are workers acting on behalf of the state, committed to carrying out the investigation of case DCF# 402214 and providing definitive answers in reports

3. Defendant MBJ bus Transportation INC. is a citizen of UNITES STATES
   (name of second defendant)                                    (State)

whose address is 130 Ingham hill Rd. PO Box 801 Old Saybrook, CT

and who is employed as Lizandro Rodriguez.
                     (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __X__ Yes _____ No. If your answer is "Yes," briefly explain:

State action: fulfill public functions delegated by part of the Educational System by Transporting children as a school bus.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

### B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   __X__    42 U.S.C. § 1983 (applies to state defendants)

   _____    **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

"A"

Kimberly Natoli "Junto" a Kathy M. EN IN a report, MSS. Coppola say I am or attempt to attribute those crimes to. Directly, due to the power attributed to them by DCF, there is abuse of authority, abuse of labor power, to flagrantly and DISCRIMINATORILY attribute to a person without breaking down the responsibilities of the contract. Those involved, in order to determine effective responsibilities; this leads the DCF to participate directly in LABOR TRAFFICKING together with M & J Transporte Bus Inc., and the latter returned to me (2) passports in the Human, NO return Resources area. No one is authorized for that; this is not an isolated case incident, it is labor trafficking. It is the sequence of this action and, is coercion, opportunity that leads to criminalization, now I know for what purpose, under their criminalization agreement, involving me in this administrative process. I INVOKE: Pact of San José, Chapter II, civil and political rights, in its Article 5 No. 1,2, Article 6. No state should tolerate or accept TORTURE and cruel treatment according to the International Conventions, Treaties, and Pacts on Human Rights, as derived from the Universal Declaration of Human Rights 1948. 18 USC §§ 1589-1590 Labor Trafficking and coercion "under color law". 42 USC 1983 violation of Constitutional Right. 42 USC 1985 Request: STOP Conspiracy TO DEPRIVE OF Rights.

Honorable judge I request that you pronounce urgently to stop the National Political persecution against me, to stop all ACTION OF THE DCF false, lying creator of false identity North American, to this end I request your assistance, help stop the danger of death, and the continuous forced torture that I have been suffering at the national level as well as the action of DCF, that are generating economic and psychological damage to me Irreparable consequences of this persecution psychological damage, damage to my morals and reputation, which in my life I have lived, for a few militants Trump voters, I am desperate, with eminent danger of death I cannot return to my country, it signifies the extermination by actions of denunciations before the UN, Newspapers, National Courts and International as the Criminal Court of The Hague so that the High Commissioner for Human Rights New York is notified of this situation and that such letter is integrated into the file as a guarantee of my human rights. Please make a ruling regarding my status as a victim of political persecution as a matter of urgency.

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

The Def initiated an Investigation against me based on fabricated and false data, which constitutes persecution and discrimination on the grounds of my Venezuelan nationality. During the course of the case, several irregular actions were carried out Including: the investigation in case No 402214, initially attributing the facts to a U.S citizen and subsequently fraudulently transferring responsibility to me. 2 Preparation of a Final report with false Information, to cause defamation and injury to my reputation on Name, in order to undermine my eligibility before USCIS to remain in the United states based on my race and national origin. Abuse of authority and selective persecution.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** • The Amend XIV (Equal Protection before the law) • Title VI of the Civil Right act 1964 (Prohibits racial discrimination in state/federal Programs. • 18 U.S.C § 242 crimes committed under "color of law that deprive a persona of this rights)

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

— D —

Honorable Judge, I urgently request that you rule to stop the political persecution against me, defamation and injury with intent to expel me from the country. Decide on and halt all false and deceitful actions by DCF creating false American identities.

I request your assistance and help to stop the danger of death and the continuous forced torture I have been suffering nationwide as well as DCF actions generating irreparable economic and psychological damages, damages to my moral character and reputation that I have never experienced before, by Trump supporters.

I am desperate, with imminent danger of death. I cannot return to my country; it means extermination by death for denouncing to the UN, newspapers, national and international courts including the International Criminal Court at The Hague. Notify the High Commissioner for Human Rights in New York and integrate such office into the file as a guarantee of my human rights.

Please rule urgently on my condition as a victim of political persecution.

I request the absolute nullity of the entire administrative process because I am not the person identified as Louys Torres, much less of U.S. or Puerto Rican origin in file #402214 and notification C-0000194028 dated October 6, which violates said report attributing to me without a hearing both dates 03/25/25 and 03/27/2025. Archive and declare it closed because I do not want to be confused with that person already notified. My name and nationality are different from Mr. Torres of Puerto Rican citizenship as stated in report pages 1,2,3 and 5 of 21 pages.

This process must be declared null and void of absolute nullity. This atypical conduct affects the public act, contrary to federal laws, the Constitution, civil rights of individuals, morals, and good customs of Connecticut State institutions and its jurisdiction.

I appeal to reason and wisdom not to harm further nor damage my moral character through criminal acts of hate or race bias contrary to international human rights agreements by DCF.

I seek justice as of the date of this filing and ask that my guarantees be restored as an asylum seeker in the United States due to the condition of my country seized by these persons.

**Luis A. Torres**
Victim of Continuous Torture, Character of Defamation, Discrimination, Criminalization, by DCF
51 Squire Street, Hartford, Connecticut 06106

**Claim II:** To Luis Alberto Torres request that a decision be made to open the persecution, criminalizacion, danger of death, and psychological torture for being an inmigrant in the United State by DCF and M&J bus INC, facing the process of Political Asylum

**Supporting Facts:** That my right to not be removed due to imminent danger of death my country be restored and protected. That my guarantees be restored as a state that is part of the member states of the 1951 convention, that participates in international treaties and conventions on universal Asylum where the state is the one that will protect you, not the one that will persecute you to expel you and intentionally falsely criminalize you for being an immigrant. Internal Revenue Service (IRS) I have paid my taxes to a state institution to collaborate with the advancement of the country

**Claim III:** I demand that I be paid for permanent damage for the extermination that was no carried out on my life, that is, death. For to be VENEZOLANO, because it is the end that I continue with the persecution carried out that damaged part of my mind. putting me

**Supporting Facts:** in a condition of mental disability I demand that the state respond to me.

4

### E. REQUEST FOR RELIEF

I request the following relief: Plaintiff respectfully requests that this court grant compensatory damages for emotional distress, psychological injury, and loss of consecutive employments opportunities resulting in mental disability, as well as punitive damages for the intentional and discriminatory conduct of the defendants. Plaintiff further seeks damages for loss of income, damage to reputation, and diminished quality of life. I request punitive punishment for raising the extintion of my nationality, since going to jail for these crime is certain death. Permanent irreparable

### F. JURY DEMAND

Damages, Torture Psycology Mental Damages.

Do you wish to have a jury trial?  Yes  X    No ____

_____    _____
Original signature of attorney (if any)    Plaintiff's Original Signature

_____    Luis Alberto Torres
Printed Name    Printed Name


_____
( )                                                    (914) 564 0639
Attorney's full address and telephone    Plaintiff's full address and telephone

                                                        cristosalvador065mexico@gmail.com
Email address if available    Email address if available

### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
             (location)                  (date)

_____
Plaintiff's Original Signature

(Rev. 3/21/16)

5